IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Charleston Division

JEFFERY WARREN,

    Plaintiff,

v.                                                        Civil Case No. 2:16-CV-08259
                                                            Judge Copenhaver

BRANCH BANKING AND TRUST COMPANY,

    Defendant.

## FINAL AGREED ORDER OF DISMISSAL

On this day came the Plaintiff, Jeffrey Warren, and the Defendant, Branch Banking and Trust Company, by their respective counsel, and informed the Court that all matters in controversy between these parties have been fully compromised and settled. The parties jointly moved the Court to dismiss all of the Plaintiff's claims against the Defendant, with prejudice.

It appearing proper to do so, it is accordingly **ORDERED** that the Plaintiff's claims against the Defendant be dismissed, with prejudice, as being fully compromised and settled. It is further **ORDERED** that this matter be removed from the Court's docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to all counsel of record, and to any unrepresented party.

                                                ENTER: August 1, 2017

                                                _____
                                                HONORABLE JOHN T. COPENHAVER, JR., JUDGE

PREPARED BY:

/s/Jonathan L. Anderson
Jonathan L. Anderson (WVSB #9628)
jlanderson@jacksonkelly.com
JACKSON KELLY PLLC
1600 Laidley Tower
Charleston, WV 25322-0553
(304) 340-1000
*Counsel for Defendant*

INSPECTED AND APPROVED BY:

/s/Benjamin Sheridan
Benjamin Sheridan, Esq.
KLEIN & SHERIDAN, LC
3566 Teays Valley Road
Hurricane, WV 25526
*Counsel for Plaintiff*